UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES E. WILLIAMS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-1840-G |
| NORTH TEXAS TOLLWAY | ) | |
| AUTHORITY, ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED**, and the motion to dismiss, filed May 18, 2009, is **GRANTED**.

July 15, 2009.

A. JOE FISH
**Senior United States District Judge**