UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES E. WILLIAMS, SR.,      )<br>                                                 )<br>         Plaintiff,                         )<br>                                                 )<br>VS.                                           )<br>                                                 )<br>NORTH TEXAS TOLLWAY         )<br>AUTHORITY,                             )<br>                                                 )<br>         Defendant.                     ) | CIVIL ACTION NO.<br><br>3:08-CV-1840-G<br><br>**ECF** |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error in accordance with 28 U.S.C. § 636(b)(1). See generally *Burns v. Lynn*, 1998 WL 307586, at *1 (5th Cir. May 12, 1998) (per curiam). Finding none, the court hereby **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

June 14, 2010.

/s/ A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**